IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHEATON COLLEGE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) 1:12-cv-01169-ESH |
| v. | ) |
| | ) |
| KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; HILDA SOLIS, Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and UNITED STATES DEPARTMENT OF THE TREASURY, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), defendants hereby move to dismiss this action. The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted this 10th day of August, 2012,

        STUART F. DELERY
        Acting Assistant Attorney General

        IAN HEATH GERSHENGORN
        Deputy Assistant Attorney General

        RONALD C. MACHEN JR.
        United States Attorney

        JENNIFER RICKETTS
        Director

SHEILA M. LIEBER
Deputy Director

 /s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902; Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*