# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHEATON COLLEGE,** *Plaintiff*, v. **KATHLEEN SEBELIUS,** *et al.*, *Defendants*. | Civil Action No. 12-1169 (ESH) |

## ORDER

On August 13, 2013, the Court of Appeals issued an order remanding the above-captioned matter to this Court "with instructions to vacate [the] judgment[] and dismiss the complaint[] as moot" and directing the Clerk to issue a certified copy of its order in lieu of a formal mandate. Order, *Wheaton College v. Sebelius*, No. 12-5273 (D.C. Cir. Aug. 13, 2013). The certified copy of the Court of Appeals order has now been docketed. (*See* Order, Aug. 13, 2013 [ECF No. 28].) Accordingly, it is hereby

**ORDERED** that the judgment set forth in the Order filed on August 24, 2012 [ECF No. 21] is **VACATED**; and it is further

**ORDERED** that the complaint is **DISMISSED AS MOOT**.

                                                  /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:   August 19, 2013